


**Entered on Docket**
**December 27, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**RICK A. YARNALL**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**701 Bridger Ave Suite 820**
**Las Vegas, NV 89101**
**(702) 853-4500**
**RAY13mail@LasVegas13.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**IN RE:**

**WEI D. YIN**
**TRACY Z. YIN**

**Debtors**

**Chapter 13**
**BKS-10-28240-LBR**

**ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS AND DENIAL OF CONFIRMATION**

Hearing Date: 12/22/2010
Hearing Time: 1:30 PM

The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [ X] Trustee [ ] Debtors [ ] Attorney for Debtors [ ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- Debtors failed to appear [11 USC 341(a)]
- Debtors failed to commence Plan payments [11 USC 1326(a)(1)]
- Plan is not viable due to: not filed [11 USC 1322]
- The Debtors have failed to cooperate with the Trustee [11 USC 521(3)] as the following document(s) were not provided: [X] tax returns [X] pay stubs [ ] profit & loss statements [X] other: bank statements

IT IS FURTHER ORDERED that the Trustee is allowed $150.00 as and for expenses in the administration of this case.

DATED: 12/23/2010

Submitted by:

/s/ RICK A. YARNALL
Rick A. Yarnall
Chapter 13 Trustee
(jlg)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one);

_X_ The court has waived the requirement of approval under LR 9021 (b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion .

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____ I certify that this is a case under the Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order .

###