**MOT**
Wei D. Yin
Tracy Z. Yin
2278 Laramine River Drive
Henderson, NV 89052
512.788.2748
**Pro Se**

RECEIVED & FILED

FEB 22   2 09 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:                                  )        **Chapter 13**
                                        )
WEI D. YIN                              )        **CASE NO. BKS-10-28240-LBR**
TRACY Z. YIN                            )
                                        )        **MOTION TO RE-CONSIDER**
                                        )        **CHAPTER 13 DISMISSAL BY**
                                        )        **THE COURT**
         Debtors                        )
_____)

COMES NOW THE DEBTORS, WEI D. YIN AND TRACY Z. YIN TO

MOVE THE COURT TO RE-CONSIDER THE COURT'S DISMISSAL

OF DEBTORS' CHAPTER 13 PETITION.  This Motion for re-

consideration is based on the following:

    1. Debtors have retained the services now of Nevada BK Lawyers,

LLC to represent Debtors in this Chapter 13 Petition.  Said law firm shall

represent Debtors as of the date herein.

    2. Said law firm shall notify the Court with respect to their

representing Debtors as of the date herein to provide all of the required items as per the Trustee's Opposition to Confirmation of Plan #0 dated December 22, 2010.

WHEREFORE,  Debtors prays for relief from the Court to re-instate said Chapter 13 Petition in order for Debtors to keep their home and to also move the Court to allow mortgage lender and Debtors to negotiate a fair and equitable loan modification program to benefit both mortgage lender and Debtors.

Dated:  2-22-11    _____
                   WEI D. YIN
                   Debtor


Dated  2-22-11     _____
                   TRACY Z. YIN
                   Debtor